SLIP OPINION



Cite as 2015 Ark. App. 674

# ARKANSAS COURT OF APPEALS

DIVISION III
No. CV-15-628

|  |  |
|---|---|
| | **Opinion Delivered** November 18, 2015 |
| TERESA HARDY | APPEAL FROM THE YELL COUNTY |
| APPELLANT | CIRCUIT COURT, |
| | NORTHERN DISTRICT |
| V. | [NO. JV-14-1] |
| ARKANSAS DEPARTMENT OF | HONORABLE TERRY SULLIVAN, |
| HUMAN SERVICES and MINOR | JUDGE |
| CHILDREN | |
| APPELLEES | |
| | AFFIRMED; MOTION TO |
| | WITHDRAW GRANTED |

## WAYMOND M. BROWN, Judge

The Yell County Circuit Court terminated the parental rights of appellant Teresa Hardy to her two children, D.W. and J.C.[1] Hardy's counsel has filed a motion to withdraw and a no-merit brief, pursuant to *Linker-Flores v. Arkansas Department of Human Services*,[2] and Arkansas Supreme Court Rule 6-9(i),[3] contending that there are no meritorious grounds to support an appeal. The clerk of our court mailed a certified copy of counsel's motion and brief to appellant, informing her of her right to file pro se points for reversal. Appellant has not filed any pro se points.

---

[1] The court also accepted the legal fathers' consents to termination of parental rights.

[2] 359 Ark. 131, 194 S.W.3d 739 (2004).

[3] (2015).

Having carefully examined the record and the no-merit brief, we conclude that counsel

has complied with the requirements established by the Arkansas Supreme Court for no-merit

appeals in termination cases and that the appeal is wholly without merit. Accordingly, we

affirm the termination of appellant's parental rights by memorandum opinion.[4] We also grant

counsel's motion to withdraw.

Affirmed; motion to withdraw granted.

GRUBER and VAUGHT, JJ., agree.

*Leah Lanford*, Arkansas Public Defender Commission, for appellant.

No response.

---

[4] *See In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985).